STANNARD v. ATLANTIC TERRA COTTA CO. (Supreme Court, Appellate Division,

First Department. June 24, 1910.) Action by Ambrose B. Stannard against the Atlantic Terra Cotta Company. No opinion. Motion granted. Question certified. Order filed. See, also, 123 N. Y. Supp. 733.